UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WELLS FARGO BANK, N.A., as Trustee for OPTION ONE MORTGAGE LOAN TRUST 2007-FXB1 ASSET-BACKED CERTIFICATES, SERIES 2007-FXB1,<br>     Plaintiff,<br><br>v.<br><br>STEPHAN ABLITT, et. al.<br>     Defendants, | CASE NO.: 1:15-CV-40027-ADB |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Wells Fargo Bank, N.A., as Trustee for Option One Mortgage Loan Trust 2007-FXB1 Asset-Backed Certificates, Series 2007-FXB1, by and through its undersigned counsel, and Defendant Stephan Ablitt, do hereby stipulate to the dismissal as to all claims without prejudice against Defendant Stephan Ablitt, with each party bearing its own costs and all rights of appeal being waived.

**Wells Fargo Bank, N.A., as Trustee for Option**
**One Mortgage Loan Trust 2007-FXB1 Asset-Backed**
**Certificates, Series 2007-FXB1**
By its attorneys,


 /s/ Kevin P. Polansky
Kevin P. Polansky (BBO# 667229)
Kevin.polansky@nelsonmullins.com
Christine Kingston (BBO# 682962)
Christine.kingston@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
One Post Office Square, 30th Floor
Boston, Massachusetts 02109
p. (617) 573-4700
f.  (617) 573-4710

2

**Stephan Ablitt**

*/s/ Stephan Ablitt*
Stephan Ablitt, pro se


Dated: September 11, 2017


CERTIFICATE OF SERVICE

    I, Kevin P. Polansky, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: September 11, 2017        */s/ Kevin P. Polansky*